

Richard K. Herrmann
302.888.6816
rherrmann@morrisjames.com

March 24, 2010

The Honorable Gregory M. Sleet
USDC for the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:    *Apple Inc., et al. v. High Tech Computer Corp., et al.*, C.A. No. 10-166 RK
            *Apple Inc. v. High Tech Computer Corp., et al.*, C.A. No. 10-167 RK

            *Nokia Corporation v. Apple Inc.*, C.A. No. 09-791 GMS
            *Nokia Corporation v. Apple Inc.*, C.A. No. 09-1002 GMS

Your Honor:

      We write to you in your capacity as Chief Judge of the District Court of Delaware. Our firm, along with that of Kirkland & Ellis LLP, is currently involved on behalf of the Plaintiffs in the above referenced *Apple v. HTC* matters, C.A. Nos. 10-166 and 10-167 which are presently before Judge Kelly of the Eastern District of Pennsylvania (sitting by designation). Two older matters in this same District – *Nokia v. Apple,* C.A. Nos. 09-791 and 09-1002 – are presently assigned to Your Honor. We write to advise the Court that it has come to our attention that eleven of the twenty patents from the more recent Apple matters against HTC are asserted in the counterclaims for the earlier Nokia matters. These four matters involve some of the same technology and we believe, therefore, that they should be identified as related cases.

                                              Respectfully,

                                              Richard K. Herrmann (I.D. #405)
                                              rherrmann@morrisjames.com

RKH/sch

cc:    All Counsel of Record (via email)