IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., and NeXT SOFTWARE, INC., f/k/a NeXT COMPUTER, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>HIGH TECH COMPUTER CORP., a/k/a HTC CORP., HTC (B.V.I.) CORP., HTC AMERICA, INC., and EXEDEA, INC.,<br><br>Defendants. | C.A. No. 10-166-RK |

## UNOPPOSED MOTION TO STAY LITIGATION

Defendants High Tech Computer Corp., a/k/a HTC Corp., HTC B.V.I Corp., HTC America, Inc., and Exedea, Inc. (collectively, "HTC Defendants"), hereby move the Court to stay the above-captioned matter. Plaintiffs Apple Inc. and NeXT Software Inc. (collectively "Apple") have reviewed and will not oppose this Motion.

In support of the Motion to Stay, the HTC Defendants state the following::

**WHEREAS**, on March 2, 2010, Apple filed its Complaint in the present action alleging infringement of ten United States Patents;

**WHEREAS**, also on March 2, 2010, Apple filed a Complaint with the International Trade Commission ("ITC") against Respondents High Tech Computer Corp., a/k/a HTC Corp., HTC America, Inc., and Exedea, Inc.(*In re Certain Personal Data and Mobile Communications Devices and Related Software*, Investigation No. 337-TA-710) alleging infringement of the same ten patents at issue in the present action;

**WHEREAS**, the HTC Defendants are not required to move, answer, or otherwise respond to the Complaint in the present action until May 21, 2010;

**WHEREAS**, the HTC Defendants named in the ITC Complaint may stay any infringement counts relating to patents asserted in the ITC as a matter of right pursuant to 28 U.S.C. § 1659 ("[A]t the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission.").

**NOW THEREFORE**, the HTC Defendants respectfully request that the Court enter an Order in the form attached hereto, directing that:

1. The present action shall be stayed as to the HTC Defendants, singly and collectively, pending resolution of all claims and defenses before the ITC in Investigation No. 337-TA-710, including any initial and final determinations of the Administrative Law Judge, the International Trade Commission, and appeals therefrom;

2. The May 21, 2010 deadline for HTC Defendants to move, answer, or otherwise respond to the Complaint shall be vacated; and

3. Following the expiration of the stay, the parties shall confer with each other and contact the Court for purposes of entry of a Scheduling Order, which shall include the setting of a new deadline for HTC Defendants to move, answer, or otherwise respond to Apple's Complaint.

April 23, 2010

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*
_____
John W. Shaw (#3362) *[jshaw@ycst.com]*
Karen L. Pascale (#2903) *[kpascale@ycst.com]*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

Robert A. Van Nest
Ashok Ramani
Leo L. Lam
Eugene M. Paige
**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA 94111
Telephone: 415-391-5400

*Attorneys for Defendants High Tech Computer Corp., a/k/a HTC Corp.; HTC (B.V.I.) Corp.; HTC America, Inc.; and Exedea, Inc.*

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on April 23, 2010, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following counsel of record:

>Richard K. Herrmann [rherrmann@morrisjames.com]
>Mary B. Matterer [mmatterer@morrisjames.com]
>MORRIS JAMES LLP
>500 Delaware Avenue, Suite 1500
>Wilmington, Delaware 19801

I further certify that on April 23, 2010, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

### *By E-Mail*

>William F. Lee [william.lee@wilmerhale.com]
>Vinita Ferrera [vinita.ferrera@wilmerhale.com]
>Christopher R. Noyes [cristopher.noyes@wilmerhale.com]
>Wyley S. Proctor [wyley.proctor@wilmerhale.com]
>WILMER CUTLER PICKERING HALE AND DORR LLP
>60 State Street
>Boston, MA 02109
>
>Robert G. Krupka [bob.krupka@kirkland.com]
>KIRKLAND & ELLIS LLP
>333 Hope Street
>Los Angeles, CA 90071
>
>Gregory S. Arovas [greg.arovas@kirkland.com]
>KIRKLAND & ELLIS LLP
>601 Lexington Avenue
>New York, NY 10022
>
>Bryan S. Hales [bryan.hales@kirkland.com]
>Marcus E. Sernel [marc.sernel@kirkland.com]
>James A. Shimota [jshimota@kirkland.com]
>KIRKLAND & ELLIS LLP
>300 North LaSalle
>Chicago, IL 60654

Kenneth H. Bridges [kbridges@WongCabello.com]
Michael T. Pieja [mpieja@WongCabello.com]
Brian C. Kwok [bkwok@WongCabello.com]
WONG, CABELLO, LUTSCH, RUTHERFORD & BRUCCULERI LLP
540 Cowper Street, Suite 100
Palo Alto, CA  94301

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

John W. Shaw (#3362) [jshaw@ycst.com]
Karen L. Pascale (#2903) [kpascale@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600

*Attorneys for Defendants High Tech Computer Corp., a/k/a HTC Corp.; HTC (B.V.I.) Corp.; HTC America, Inc.; and Exedea, Inc.*