IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| APPLE INC., and NeXT SOFTWARE, INC., f/k/a NeXT COMPUTER, INC. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| HIGH TECH COMPUTER CORP., a/k/a HTC CORP., HTC (B.V.I.) CORP., HTC AMERICA, INC., and EXEDEA, INC. | : | NO. 10-166-RK |

# O R D E R

**AND NOW**, this 26th day of April, 2010, it is hereby **ORDERED** that the "UNOPPOSED MOTION TO STAY LITIGATION" (Doc. No. 16) is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE