IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APPLE INC., and NeXT SOFTWARE, INC., f/k/a NeXT COMPUTER, INC.<br><br>      Plaintiffs,<br><br>   v.<br><br>HIGH TECH COMPUTER CORP., aka HTC CORP., HTC (B.V.I.) CORP., HTC AMERICA, INC., and EXEDEA, INC.,<br><br>      Defendants | Civil Action No.: 1:10-cv-166-GMS |

**STIPULATION REGARDING DISMISSAL OF ENTIRE ACTION
WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Apple Inc.

and NeXT SOFTWARE, INC., f/k/a NeXT COMPUTER, INC. (collectively, "Apple") and

Defendants High Tech Computer Corp. aka HTC Corp., HTC (B.V.I.) Corp., HTC America, Inc.

and Exedea, Inc. (collectively, "HTC"), pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), that each and every claim and counterclaim between Apple and HTC in the

above captioned matter are hereby dismissed WITHOUT PREJUDICE, and that each party shall

bear its own costs, expenses and attorneys' fees.

Dated: November 12, 2012.

| | |
|---|---|
| _/s/ Mary B. Matterer_ | _/s/ John W. Shaw_ |
| Richard K. Herrmann (I.D. #405) | John W. Shaw (#3362) |
| Mary B. Matterer (I.D. #2696) | Karen E. Keller (#4489) |
| MORRIS JAMES LLP | SHAW KELLER LLP |
| 500 Delaware Avenue, Suite 1500 | 800 Delaware Avenue, 3rd Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 888-6800 | Telephone: (302) 476-2050 |
| _Attorneys for Plaintiffs Apple Inc. and NeXT_ | _Attorneys for Defendants High Tech Computer_ |
| _SOFTWARE, INC., f/k/a NeXT COMPUTER,_ | _Corp. aka HTC Corp., HTC (B.V.I.) Corp.,_ |
| _INC._ | _HTC America, Inc. and Exedea, Inc._ |

1